■ The People of the State of New York, Respondent, v Sidney Erlich, Appellant.—Judgment, Supreme Court, New York County, rendered on July 8, 1975, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to

surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Stevens, P. J., Kupferman, Capozzoli, Lane and Nunez, JJ.